TODD KIM
Assistant Attorney General
ELIZABETH G. BERG (Oregon Bar No. 150635)
Elizabeth.Berg@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.400
Washington, D. C.  20002
Telephone: (202) 514-2795

*Attorneys for Defendants*

[additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, as Administrator of the United States Environmental Protection Agency,<br><br>*Defendants.* | Case No. 4:24-cv-03665-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE LITIGATION DEADLINES (as modified)** |

1    Plaintiff Ecological Rights Foundation and Defendants United States Environmental
2 Protection Agency ("EPA") and Michael S. Regan, Administrator of the EPA (collectively, the
3 "Parties") stipulate as follows:
4    1.  The Parties have reached a tentative settlement that resolves all claims identified in
5 Plaintiff's Notice of Intent and First Amended Complaint in this matter. *See* ECF 23.
6    2.  In order to finalize the settlement, the Defendants are securing approval from senior-
7 level officials. The settlement is also subject to a 30-day public notice and comment period
8 consistent with EPA policy.
9    3. The Parties agree that a 21-day extension of all litigation deadlines is appropriate to
10 conserve resources and allow the parties the time necessary to finalize the settlement.
11    4. Per the Parties' Stipulation filed August 23, 2024, ECF 18, and this Court's September
12 3, 2024, Order, ECF 22, the Parties understand the current litigation deadlines to be as follows:
13
14            October 15, 2024 – Responsive Pleading Deadline
15            October 18, 2024 – Deadline to file ADR Certification
16            October 18, 2024 – Deadline to meet and confer re: initial disclosures, early
17            settlement, ADR process selection, and discovery plan
18            October 31, 2024 – Deadline to make initial disclosures
19            November 1, 2024 – Deadline to file Joint Case Management Statement
20            November 12, 2024 – Initial Case Management Conference
21
22    5. The Parties seek to continue all case management deadlines by 21 days with
23 accommodations as appropriate for weekends and holidays. The parties agree to amend the
24 deadlines as follows:
25
26            November 6, 2024 – Responsive Pleading Deadline
27            November 8, 2024 – Deadline to file ADR Certification
28            November 8, 2024 – Deadline to meet and confer re: initial disclosures, early

1  settlement, ADR process selection, and discovery plan

2  November 21, 2024 – Deadline to make initial disclosures

3  November 22, 2024 – Deadline to file Joint Case Management Statement

4  December 3, 2024 – Initial Case Management Conference

6    8. The Parties respectfully request that this Court enter this stipulation and extend all litigation deadlines as outlined above.

8    9. The undersigned counsel for Defendants attest that the other signatories listed below concur in the filing of this document.

Dated: September 27, 2024                           Respectfully submitted,

*s/ Elizabeth Berg*  
ELIZABETH BERG  
(Oregon Bar No. 150635)  
United States Department of Justice  
Environment & Natural Resources Division  
150 M Street N.E.  
Washington, D.C. 20002  
Tel: (202) 514-2795  
Elizabeth.Berg@usdoj.gov

*Counsel for Defendants*

s/ *Christopher Sproul*  
CHRISTOPHER SPROUL  
(California Bar No. 126398)  
Ecological Rights Foundation  
5135 Anza Street  
San Francisco, CA 94121  
Tel: (415) 533-3376  
csproul@enviroadvocates.com

s/ *Brian Orion*  
BRIAN ORION  
(California Bar No. 239460)  
Ecological Rights Foundation  
5135 Anza Street  
San Francisco, CA 94121  
(858) 354-8222  
borion@enviroadvocates.com

*Counsel for Plaintiff*

**ORDER**

The Parties' Joint Stipulation to continue all case management deadlines is **GRANTED** and the following deadlines are entered:

November 6, 2024 – Responsive Pleading Deadline

November 8, 2024 – Deadline to file ADR Certification

November 8, 2024 – Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan

November 21, 2024 – Deadline to make initial disclosures

November 22, 2024 – Deadline to file Joint Case Management Statement

December 3, 2024 at 2 p.m. – Initial Case Management Conference via a Zoom webinar.  The Zoom webinar information and instructions remain the same as previously provided in docket no. 15.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  9/27/2024

The Honorable Haywood S. Gillam, Jr.