TODD KIM
Assistant Attorney General
ELIZABETH G. BERG (Oregon Bar No. 150635)
Elizabeth.Berg@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.400
Washington, D. C.  20002
Telephone: (202) 514-2795

*Attorneys for Defendants*

[additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL S. REGAN, as Administrator of the United States Environmental Protection Agency,<br><br>*Defendants.* | Case No. 4:24-cv-03665-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE LITIGATION DEADLINES (as modified)** |

Plaintiff Ecological Rights Foundation and Defendants United States Environmental Protection Agency ("EPA") and Michael S. Regan, Administrator of the EPA (collectively, the "Parties") stipulate as follows:

1. The Parties have reached a tentative settlement that resolves all claims identified in Plaintiff's Notice of Intent and First Amended Complaint in this matter. *See* ECF 23.

2. The Parties have negotiated a proposed consent decree, and Defendants have secured approval from senior-level officials for the proposed settlement.

3. The proposed consent decree is subject to a 30-day public notice and comment period consistent with EPA policy. The notice is being prepared and should be published in the Federal Register in the coming weeks.

4. The Parties agree that an extension of all litigation deadlines is appropriate to conserve resources and allow the parties the time necessary to finalize the settlement.

5. Per this Court's September 27, 2024, Order, ECF 25, the current litigation deadlines are as follows:

> November 6, 2024 – Responsive Pleading Deadline
> November 8, 2024 – Deadline to file ADR Certification
> November 8, 2024 – Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
> November 21, 2024 – Deadline to make initial disclosures
> November 22, 2024 – Deadline to file Joint Case Management Statement
> December 3, 2024 – Initial Case Management Conference

6. The Parties seek to continue all case management deadlines as follows, which accommodates the public notice and comment period, time to consider any comments on the proposed consent decree, and upcoming holiday season. Provided there are no comments that EPA finds warrant any change, the Parties intend to move for entry of the proposed consent decree after the comment period closes. The Parties agree to amend the deadlines as follows:

|   |   |
|---|---|
| 1 | December 23, 2024 – Responsive Pleading Deadline |
| 2 | December 30, 2024 – Deadline to file ADR Certification |
| 3 | December 30, 2024 – Deadline to meet and confer re: initial disclosures, early |
| 4 | settlement, ADR process selection, and discovery plan |
| 5 | January 14, 2025 – Deadline to make initial disclosures |
| 6 | January 15, 2025 – Deadline to file Joint Case Management Statement |
| 7 | January 21, 2025 – Initial Case Management Conference |

7. The Parties respectfully request that this Court enter this stipulation and extend all litigation deadlines as outlined above.

8. The undersigned counsel for Defendants attest that the other signatories listed below concur in the filing of this document.

Dated: November 4, 2024                                   Respectfully submitted,

*s/ Elizabeth Berg*                                                 s/ *Christopher Sproul*
ELIZABETH BERG                                              CHRISTOPHER SPROUL
(Oregon Bar No. 150635)                                    (California Bar No. 126398)
United States Department of Justice                   Ecological Rights Foundation
Environment & Natural Resources Division       5135 Anza Street
150 M Street N.E.                                                San Francisco, CA 94121
Washington, D.C. 20002                                     Tel: (415) 533-3376
Tel: (202) 514-2795                                             csproul@enviroadvocates.com
Elizabeth.Berg@usdoj.gov

*Counsel for Defendants*                                      s/ *Brian Orion*
                                                                            BRIAN ORION
                                                                            (California Bar No. 239460)
                                                                            Ecological Rights Foundation
                                                                            5135 Anza Street
                                                                            San Francisco, CA 94121
                                                                            (858) 354-8222
                                                                            borion@enviroadvocates.com

                                                                            *Counsel for Plaintiff*

**ORDER**

The Parties' Joint Stipulation to continue all case management deadlines is **GRANTED** and the following deadlines are entered:

December 23, 2024 – Responsive Pleading Deadline

December 30, 2024 – Deadline to file ADR Certification

December 30, 2024 – Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan

January 14, 2025 – Deadline to make initial disclosures

January 15, 2025 – Deadline to file Joint Case Management Statement

January 21, 2025 at 2 p.m.  – Initial Case Management Conference via a Zoom webinar. The Zoom webinar information and instructions remain the same as previously provided in docket no. 15

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  11/5/2024

The Honorable Haywood S. Gillam, Jr.