TODD KIM
Assistant Attorney General
ELIZABETH G. BERG (Oregon Bar No. 150635)
Elizabeth.Berg@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.400
Washington, D. C. 20002
Telephone: (202) 514-2795

*Attorneys for Defendants*

[additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ECOLOGICAL RIGHTS
FOUNDATION, a non-profit corporation

   *Plaintiff*,

   v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, and
MICHAEL S. REGAN, as Administrator
of the United States Environmental
Protection Agency,

   *Defendants.*

Case No. 4:24-cv-03665-HSG

**STIPULATION AND ORDER TO CONTINUE LITIGATION DEADLINES (as modified)**

Plaintiff Ecological Rights Foundation and Defendants United States Environmental Protection Agency ("EPA") and Michael S. Regan, Administrator of the EPA (collectively, the "Parties") stipulate as follows:

1. The Parties have reached a tentative settlement that resolves all claims identified in Plaintiff's Notice of Intent and First Amended Complaint in this matter. *See* ECF 23.

2. The Parties have negotiated a proposed consent decree, and Defendants have secured approval from senior-level officials for the proposed settlement.

3. The proposed consent decree has been published in the Federal Register for a 30-day public notice and comment period consistent with EPA policy. The comment period closes December 26, 2024. The notice is available here: https://www.regulations.gov/document/EPA-HQ-OGC-2024-0531-0001.

4. The Parties agree that an extension of all litigation deadlines is appropriate to conserve resources and allow the parties the time necessary to finalize the settlement.

5. Per this Court's November 5, 2024, Order, ECF 27, the current litigation deadlines are as follows:

>December 23, 2024 – Responsive Pleading Deadline
>December 30, 2024 – Deadline to file ADR Certification
>December 30, 2024 – Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
>January 14, 2025 – Deadline to make initial disclosures
>January 15, 2025 – Deadline to file Joint Case Management Statement
>January 21, 2025 at 2 p.m. – Initial Case Management Conference

6. The Parties seek to continue all case management deadlines as follows to accommodate the public notice and comment period. Provided there are no comments that EPA finds warrant any change, the Parties intend to move for entry of the proposed consent decree after the comment period closes. The Parties agree to amend the deadlines as follows:

     January 17, 2025 – Responsive Pleading Deadline

     January 24, 2025 – Deadline to file ADR Certification

     January 24, 2024 – Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan

     February 14, 2025 – Deadline to make initial disclosures

     February 14, 2025 – Deadline to file Joint Case Management Statement

     February 25, 2025 – Initial Case Management Conference

7.  The Parties respectfully request that this Court enter this stipulation and extend all litigation deadlines as outlined above.

8.  The undersigned counsel for Defendants attest that the other signatories listed below concur in the filing of this document.

Dated: December 18, 2024          Respectfully submitted,

*s/ Elizabeth Berg*  
ELIZABETH BERG  
(Oregon Bar No. 150635)  
United States Department of Justice  
Environment & Natural Resources Division  
150 M Street N.E.  
Washington, D.C. 20002  
Tel: (202) 514-2795  
Elizabeth.Berg@usdoj.gov  

*Counsel for Defendants*

s/ *Christopher Sproul*  
CHRISTOPHER SPROUL  
(California Bar No. 126398)  
Ecological Rights Foundation  
5135 Anza Street  
San Francisco, CA 94121  
Tel: (415) 533-3376  
csproul@enviroadvocates.com  

s/ *Brian Orion*  
BRIAN ORION  
(California Bar No. 239460)  
Ecological Rights Foundation  
5135 Anza Street  
San Francisco, CA 94121  
(858) 354-8222  
borion@enviroadvocates.com  

*Counsel for Plaintiff*

**ORDER**

The Parties' Joint Stipulation to continue all case management deadlines is **GRANTED** and the following deadlines are entered:

> January 17, 2025 – Responsive Pleading Deadline
>
> January 24, 2025 – Deadline to file ADR Certification
>
> January 24, 2024 – Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
>
> February 14, 2025 – Deadline to make initial disclosures
>
> February 14, 2025 – Deadline to file Joint Case Management Statement
>
> February 25, 2025 at 2 p.m.– Initial Case Management Conference via a Zoom webinar.  The Zoom webinar information and instructions remain the same as previously provided in docket no. 15.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  12/18/2024

*Haywood S. Gillam, Jr.*
The Honorable Haywood S. Gillam, Jr.