TODD KIM
Assistant Attorney General
ELIZABETH G. BERG (Oregon Bar No. 150635)
Elizabeth.Berg@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.400
Washington, D. C.  20002
Telephone: (202) 514-2795

*Attorneys for Defendants*

[additional counsel listed in signature block]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and JANE NISHIDA, as Acting Administrator of the United States Environmental Protection Agency,<br><br>*Defendants*. | Case No. 4:24-cv-03665-HSG<br><br>**ORDER GRANTING MOTION TO ENTER CONSENT DECREE** |

1
2
3
4
5
6
7
8

**ORDER**

9   Upon consideration of the joint motion to enter the proposed consent decree filed by

10  Plaintiff Ecological Rights Foundation and Defendants United States Environmental Protection

11  Agency ("EPA") and Jane Nishida, Acting Administrator of the EPA (collectively, the

12  "Parties"), other pleadings, as well as the terms of the consent decree among the Parties, the

13  Court hereby finds that the consent decree is fair and reasonable, both procedurally and

14  substantively, consistent with the Clean Water Act, and other applicable law.  Accordingly, the

15  joint motion to enter the proposed consent decree is hereby GRANTED, and this Court will, on

16  this date, execute the consent decree.

17
18
19

20  SIGNED, SO ORDERD, and ENTERED this 10th day of January, 2025.

21
22
23  The Honorable Haywood S. Gilliam, Jr.

24
25
26
27
28