ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
SANYA SHAHRASBI (D.C. Bar No. 1671001)
Sanya.shahrasbi@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.400
Washington, D.C. 20002
Telephone: (202) 305-5810

*Attorneys for Defendants*

[additional counsel listed in signature block]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation | Case No. 4:24-cv-03665-HSG |
| *Plaintiff*, | **ORDER FOR DEFENDANTS' MOTION FOR A STAY OF THE STATUS REPORT DEADLINE IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LEE ZELDIN, as Administrator of the United States Environmental Protection Agency, | |
| *Defendants*. | |

1  Before this Court is Defendants' Motion for a Stay of the Status Report Deadline in Light
2  of Lapse of Appropriations, filed on October 29, 2025. Having considered the motion, the Court
3  **GRANTS** the Motion for a Stay of the Status Report Deadline in Light of Lapse of
4  Appropriations.

6  SO ORDERED on this   29th   day of October,  2025.

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge